NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

IN RE: PORTAGE ELECTRIC PRODUCTS, INC.,
*Appellant*

---

2015-1860

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. 95/000,070.

---

**JUDGMENT**

---

PETER CHARLES SCHECHTER, Osha Liang LLP, Houston, TX, argued for appellant.

SARAH E. CRAVEN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by THOMAS W. KRAUSE, SCOTT WEIDENFELLER, SYDNEY O. JOHNSON, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| April 12, 2016 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |